UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

U.S. SPECIALTY INSURANCE COMPANY,

          Plaintiff,

v.

JAMES A. BIRD, et al.,

          Defendants.

C17-311 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by August 25, 2017, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on March 1, 2017, docket no. 6, as amended on March 29, 2017. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of July, 2017.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1