UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

U.S. SPECIALTY INSURANCE COMPANY,

           Plaintiff,

v.

JAMES A. BIRD, et al.,

           Defendants.

C17-311 TSZ

ORDER

    Defendants having not filed a responsive pleading or motion, and plaintiff's counsel having advised the Court that this matter has been resolved, <u>see</u> Pla.'s Reply to Order to Show Cause, docket no. 10, and it appearing that no issue remains for the Court's determination,

    NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

    In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

    The Clerk is directed to send a copy of this Order to all counsel of record.

    IT IS SO ORDERED.

    Dated this 26th day of July, 2017.

                                              Thomas S. Zilly
                                              United States District Judge

ORDER - 1